**NOT FOR PUBLICATION  IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000224
31-OCT-2024
09:00 AM
Dkt. 45 ODMR**

CAAP-21-0000224

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I


PUU HELEAKALA COMMUNITY ASSOCIATION,
by and through its Board of Directors, Plaintiff-Appellee, v.
GABI KIM COLLINS, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
(CASE NO. 1RC181007771)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Defendant-Appellant Gabi Kim Collins' Motion to Reconsider Summary Disposition Order Entered on October 15, 2024, filed herein on October 25, 2024, and the records and files herein, IT IS HEREBY ORDERED that said Motion is denied.

DATED: Honolulu, Hawai‘i, October 31, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge